UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00274 SBA |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON DECEMBER 11, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| OMAR ALEXIS SANCHEZ, | |
| Defendant. | |

The parties jointly requested that this matter be set for change of plea and sentencing on December 11, 2012 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between October 4, 2012 and December 11, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on December 18, 2012 at 10:00 a.m., and that time between October 4, 2012 and December 18,

2012 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:__10/4/12

*/s/ Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge